COMMONWEALTH *vs.* ARTHUR SAMARAS. October 8, 1980. There was sufficient evidence for the trier of fact to find that the defendant had more than momentary possession of his gun and was "carrying" a firearm within the meaning of G. L. c. 269, § 10(*a*), and that the violation, which occurred on the sidewalk in front of the defendant's house, took place in a location not within the exclusive control of the defendant. *Commonwealth* v. *Seay,* 376 Mass. 735, 742-743 (1978). *Commonwealth* v. *Dunphy,* 377 Mass. 453, 459-460 (1979).

The defendant's remaining contentions are either answered by *Commonwealth* v. *Jones,* 372 Mass. 403 (1977), or are without merit.

*Judgment affirmed.*

*Ralph F. Champa* for the defendant.

*Robert L. Rossi,* Assistant District Attorney, for the Commonwealth..